UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

FILED
DEC 14 2011

CLERK

---

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CHARLES HIS LAW,

Defendant.

---

CR 11-30154

INDICTMENT

ASSAULT WITH A DANGEROUS WEAPON, TAMPERING WITH A VICTIM, RETALIATING AGAINST A VICTIM and INTERSTATE DOMESTIC VIOLENCE

18 U.S.C. §§ 1153, 113(a)(3), 1512(a)(2), 1513(b)(2) and 2261(a)

The Grand Jury charges:

COUNT I

On or about the 3rd day of November, 2011, at Fort Thompson, in Indian country, in the District of South Dakota, Charles His Law, an Indian, did unlawfully assault Evon Ortiz, with a dangerous weapon, that is, shod feet, with intent to do bodily harm to Evon Ortiz, in violation of 18 U.S.C. §§ 1153 and 113(a)(3).

COUNT II

On or about the 15th day of November, 2011, in the District of South Dakota, Charles His Law, used and attempted to use the threat of physical force against Evon Ortiz by forcing her to phone law enforcement and give false information, with the intent to influence, delay, prevent and withhold the testimony of Evon Ortiz in an official proceeding, that is, the investigation of

Charles His Law for the offense of assault with a dangerous weapon, in violation of 18 U.S.C. § 1512(a)(2).

## COUNT III

On or about between the 12th day of November, 2011, through the 7th day of December 2011, in the District of South Dakota, Charles His Law did knowingly threaten to engage in conduct that would cause bodily injury to, that is, kill Evon Ortiz, with the intent to retaliate against Evon Ortiz for providing information relating to the commission of a Federal offense to a law enforcement officer, in violation of 18 U.S.C. § 1513(b)(2).

## COUNT IV

On or about between the 12th day of November, 2011, through the 7th day of December 2011, in the District of South Dakota, Charles His Law, did cause Evon Ortiz, his intimate partner and dating partner, to leave Indian country, that is, the Crow Creek Sioux Indian Reservation, by force, coercion, duress, and fraud, and Charles His Law, in the course of, as a result of, and to facilitate such conduct and travel, did commit and attempt to commit the crime of assault against Evon Ortiz, in violation of 18 U.S.C. § 2261(a)(2).

A TRUE BILL:

_____
FOREPERSON

BRENDAN V. JOHNSON
United States Attorney

By: _____